B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Western District of North Carolina**

| IN RE: | Case No. **09-32341** |
|---|---|
| McCrory, Cynthia B | Chapter **11** |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Regions Bank<br>Vinings Smyma<br>1650 Cumberland Pkwy., SE<br>Smyma, GA  30080 | | | Contingent<br>Unliquidated | 12,233,319.00 |
| Carolina First Bank<br>104 S. Main St.<br>Greenville, SC  29601 | | | Contingent<br>Unliquidated | 8,723,370.28 |
| Sona Bank<br>230 Court Square, #102<br>Charlottesville, VA  22902 | | | Contingent<br>Unliquidated | 7,843,794.23 |
| Fifth Third Bank<br>230 Public Square<br>MD U37051<br>Franklin, TN  37064 | | | Contingent<br>Unliquidated | 5,391,982.00 |
| First Tennessee Bank, N.A.<br>12150 Monument Dr., #500<br>Fairfax, VA  22033 | | | Contingent<br>Unliquidated | 4,930,133.00 |
| Fifth Third Bank<br>230 Public Square<br>MD U37051<br>Franklin, TN  37064 | | | Contingent<br>Unliquidated | 4,374,211.47 |
| Fifth Third Bank<br>6310 Fairview Rd.<br>Charlotte, NC  28210 | | | Contingent<br>Unliquidated | 3,750,000.00 |
| Sona Bank<br>230 Court Square, #102<br>Charlottesville, VA  22902 | | | Contingent<br>Unliquidated | 3,600,000.00 |
| Paragon Commerical Bank<br>4725 Piedmont Row, #200<br>Charlotte, NC  28210 | | | Contingent<br>Unliquidated | 3,099,814.02 |
| SunTrust Bank<br>101 S. Kings Dr.<br>Charlotte, NC  28204 | | | Contingent<br>Unliquidated | 2,983,365.54 |
| New Dominion Bank<br>1051 E. Morehead St., #200<br>Charlotte, NC  28204 | | | Contingent<br>Unliquidated | 2,655,041.00 |
| Key Bank<br>1200 Abernathy Rd., NE #1550<br>Atlanta, GA  30328 | | | Contingent<br>Unliquidated | 2,046,133.59 |
| First Tennessee Bank, N.A.<br>12150 Monument Dr., #500<br>Fairfax, VA  22033 | | | Contingent<br>Unliquidated | 1,142,790.90 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **First Trust Bank**<br>**1420 E. 3rd St.**<br>**Charlotte, NC  28204** | **Contingent**<br>**Unliquidated** | 1,035,000.00 |
| **Fifth Third Bank**<br>**6310 Fairview Rd.**<br>**Charlotte, NC  28210** | **Contingent**<br>**Unliquidated** | 898,343.72 |
| **Broyhill-Harrington, LLC**<br>**P.O. Box 500**<br>**Lenoir, NC  28645** | **Contingent**<br>**Unliquidated** | 693,573.00 |
| **Trilogy Capital Partners, LLC**<br>**101 N. Tryon St., #1900**<br>**Charlotte, NC  28246** | **Contingent**<br>**Unliquidated** | 600,000.00 |
| **Brenda Wellmon**<br>**P.O. Box 7900035**<br>**Charlotte, NC  28206** | **Contingent**<br>**Unliquidated** | 500,000.00 |
| **Douglas Dinella**<br>**4125 N. Greenview Ave.**<br>**Chicago, IL  60613** | **Contingent**<br>**Unliquidated** | 500,000.00 |
| **Timothy And Phyllis Reid**<br>**641 Hwy. 274**<br>**Lake Wylie, NC  29710** | **Contingent**<br>**Unliquidated** | 500,000.00 |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **September  2, 2009**          Signature    */s/ Cynthia B McCrory*
of Debtor                                               **Cynthia B McCrory**

Date: _____          Signature    _____
of Joint Debtor
(if any)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **McCrory, Cynthia B**                                                      Case No. **09-32341**
_____
Debtor(s)                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **House and lot at 8523 Viking Dr., Waxhaw, NC 28173** | **Tenancy by the Entirety** | **J** | **300,000.00** | **361,417.00** |
| | | **TOTAL** | **300,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **McCrory, Cynthia B**

Case No. **09-32341**

Debtor(s)    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **U.S. Currency** | | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB&T - joint checking - (1/2 shown) - salary** | J | **750.00** |
| | | **BB&T - joint savings (1/2 shown)** | J | **1,250.00** |
| | | **RBC Centura - joint checking (1/2 shown) - from equity line** | J | **1,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Appliances (1/2 value shown)** | J | **50.00** |
| | | **Bedroom Furniture (1/2 value shown)** | J | **1,000.00** |
| | | **Computer (1/2 value shown)** | J | **100.00** |
| | | **Miscellaneous (1/2 value shown)** | J | **500.00** |
| | | **Other furniture (1/2 value shown)** | | **1,000.00** |
| | | **TV, Stereo, DVD (1/2 value shown)** | J | **250.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous prints and pictures** | J | **500.00** |
| 6. Wearing apparel. | | **Miscellaneous clothing and accessories** | | **100.00** |
| 7. Furs and jewelry. | | **Wedding ring and miscellaneous** | | **200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Employer provided - term** | | **0.00** |
| | | **Mass Mutual - term - husband is beneficiary** | | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) - Colony Development** | | **20,392.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE McCrory, Cynthia B                                                                    Case No. **09-32341**
_____                                                    _____
Debtor(s)                                                                                   (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Interests in businesses** | | **200.00** |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Mazda 3 (35,000 mi.) (son's car - 20 years old) (legal title only)** | | **9,665.00** |
| | | **2009 Mini Cooper (6,000 mi.)** | | **20,820.00** |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **McCrory, Cynthia B**                                                    Case No. **09-32341**
_____                                _____
                    Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | | **2 dogs** | J | 10.00 |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **57,887.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **1** continuation sheets attached

CYNTHIA B. MCCRORY, DEBTOR

ATTACHMENT TO SCHEDULE B, #13

| NAME OF ENTITY | PERCENTAGE OF OWNERSHIP | VALUE OF INTEREST |
|---|---|---|
| 1. First Colony Corporation | 20% | -0- |
| 2. First Colony Holdings I, LLC | 16.667% | $100.00 |
| 3. First Colony Holdings II, LLC | 20% | -0- |
| 4. First Colony Healthcare I, LLC | 20% | -0- |
| 5. Colony Development Partners, LLC | 21.42% | $100.00 |
| 6. First Colony Land Development, LLC | 20% | -0- |
| 7. First Colony Resorts | 20% | -0- |

B6C (Official Form 6C) (12/07)

**IN RE** McCrory, Cynthia B                           Case No. **09-32341**

Debtor(s)                                         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☑ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **House and lot at 8523 Viking Dr., Waxhaw, NC 28173** | 11 USC § 522(b)(3)(B) | 100% | 300,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **U.S. Currency** | G.S. § 1-362 | 100.00 | 100.00 |
| **BB&T - joint checking - (1/2 shown) - salary** | G.S. § 1-362 | 750.00 | 750.00 |
| **BB&T - joint savings (1/2 shown)** | G.S. § 1-362 | 1,250.00 | 1,250.00 |
| **RBC Centura - joint checking (1/2 shown) - from equity line** | G.S. § 1-362 | 1,000.00 | 1,000.00 |
| **Appliances (1/2 value shown)** | G.S. § 1C-1601(a)(4) | 50.00 | 50.00 |
| **Bedroom Furniture (1/2 value shown)** | G.S. § 1C-1601(a)(4) | 1,000.00 | 1,000.00 |
| **Computer (1/2 value shown)** | G.S. § 1C-1601(a)(4) | 100.00 | 100.00 |
| **Miscellaneous (1/2 value shown)** | G.S. § 1C-1601(a)(4) | 500.00 | 500.00 |
| **Other furniture (1/2 value shown)** | G.S. § 1C-1601(a)(4) | 1,000.00 | 1,000.00 |
| **TV, Stereo, DVD (1/2 value shown)** | G.S. § 1C-1601(a)(4) | 250.00 | 250.00 |
| **Miscellaneous prints and pictures** | G.S. § 1C-1601(a)(4) | 500.00 | 500.00 |
| **Miscellaneous clothing and accessories** | G.S. § 1C-1601(a)(4) | 100.00 | 100.00 |
| **Wedding ring and miscellaneous** | G.S. § 1C-1601(a)(4) | 200.00 | 200.00 |
| **401(k) - Colony Development** | G.S. § 1C-1601(a)(9) | 20,392.00 | 20,392.00 |
| **Interests in businesses** | G.S. § 1C-1601(a)(2) | 200.00 | 200.00 |
| **2007 Mazda 3 (35,000 mi.) (son's car - 20 years old) (legal title only)** | G.S. § 1C-1601(a)(2) | 1,000.00 | 9,665.00 |
| **2009 Mini Cooper (6,000 mi.)** | G.S. § 1C-1601(a)(3) | 3,500.00 | 20,820.00 |
| | G.S. § 1C-1601(a)(2) | 3,798.00 | |
| **2 dogs** | G.S. § 1C-1601(a)(4) | 10.00 | 10.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **McCrory, Cynthia B**                                        Case No. **09-32341**
_____
Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0238**<br><br>**Fifth Third Bank**<br>**P.O. Box 740778**<br>**Cincinnati, OH  45274-0778** | X | J | 2nd Deed of Trust on residence<br><br><br>VALUE $ **300,000.00** | | | | **107,304.00** | |
| ACCOUNT NO. **1239**<br><br>**Mini Financial Services**<br>**P.O. Box 3608**<br>**Dublin, OH  43016-0306** | | W | Lien on 2009 Mini Cooper<br><br><br>VALUE $ **20,820.00** | | | | **13,522.85** | |
| ACCOUNT NO. **4987**<br><br>**Wachovia Dealer Services**<br>**P.O. Box 25341**<br>**Santa Ana, CA  92799** | | W | Lien on son's car (2007 Mazda 3)<br><br><br>VALUE $ **9,665.00** | | | | **6,879.45** | |
| ACCOUNT NO. **7626**<br><br>**Wells Fargo**<br>**PO Box 10335**<br>**Des Moines, IA  50306** | X | J | 1st Deed of Trust on residence<br><br><br>VALUE $ **300,000.00** | | | X | **254,113.00** | |

**0** continuation sheets attached

|  | Subtotal (Total of this page) | $ **381,819.30** | $ |
|---|---|---|---|
|  | Total (Use only on last page) | $ **381,819.30** | $ |

(Report also on Summary of Schedules.)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **McCrory, Cynthia B**
Debtor(s)

Case No. **09-32341**
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE McCrory, Cynthia B                                                    Case No. 09-32341
_____                           _____
                    Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service<br>320 Federal Place, Room 209<br>Greensboro, NC  27401** | | | Notice purposes only. | | | | 0.00 | | |
| ACCOUNT NO.<br>**NC Department Of Revenue<br>PO Box 25000<br>Raleigh, NC  27640-5000** | | | Notice purposes only. | | | | 0.00 | | |
| ACCOUNT NO.<br>**Union County Tax Collector<br>500 N. Main St., Ste. 843<br>Monroe, NC  28112** | | | Notice purposes only. | | | | 0.00 | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ | $ | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **McCrory, Cynthia B**                                                  Case No. **09-32341**
_____                                      _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Bank**<br>**200 W. Hwy. 6**<br>**Waco, TX  76710** | X | | **Guaranteed business debt of FCHC - Legends** | X | X | | **489,128.00** |
| ACCOUNT NO.<br>**Barry Leshin**<br>**3107 Brassfield Rd.**<br>**Hamilton Building, #300**<br>**Greensboro, NC  27410** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | **250,000.00** |
| ACCOUNT NO. **1600**<br>**BB&T Visa**<br>**P.O. Box 698**<br>**Wilson, NC  27894-0698** | | | | | | | **5,709.67** |
| ACCOUNT NO.<br>**Brenda Wellmon**<br>**P.O. Box 7900035**<br>**Charlotte, NC  28206** | X | | **Guaranteed business debt of First Colony Healthcare II, LLC** | X | X | | **500,000.00** |

**6** continuation sheets attached

Subtotal (Total of this page) $ **1,244,837.67**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE McCrory, Cynthia B
_____
Debtor(s)

Case No. 09-32341
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Broyhill-Harrington, LLC**<br>**P.O. Box 500**<br>**Lenoir, NC 28645** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 693,573.00 |
| ACCOUNT NO.<br>**Carlos H. Ulloa And Laurice V. Ulloa**<br>**4705 Savings Pl., #450**<br>**Charlotte, NC 28210** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 400,000.00 |
| ACCOUNT NO.<br>**Carolina First Bank**<br>**104 S. Main St.**<br>**Greenville, SC 29601** | X | | **Guaranteed business debt of Waterford Sound - FCLD, LLC** | X | X | | 8,723,370.28 |
| ACCOUNT NO. **0890**<br>**Chase - Visa**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | | | | | | 6,138.00 |
| ACCOUNT NO.<br>**Chris Jewel**<br>**634 Hampshire Hill Rd.**<br>**Matthews, NC 28105** | X | | **Guaranteed business debt of First Colony Healthcare II, LLC** | X | X | | 100,000.00 |
| ACCOUNT NO.<br>**David And Trina Ridenhour**<br>**13913 Dovehunt Pl.**<br>**Charlotte, NC 28277** | X | | **Guaranteed business debt of First Colony Healthcare II, LLC** | X | X | | 300,000.00 |
| ACCOUNT NO.<br>**Douglas Dinella**<br>**4125 N. Greenview Ave.**<br>**Chicago, IL 60613** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 500,000.00 |

Sheet no. _____**1**_____ of _____**6**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,723,081.28**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McCrory, Cynthia B**                                                      Case No. **09-32341**
_____
　　　　　　　　Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ed Via**<br>**11780 Bondurant Dr.**<br>**Richmond, VA  23236** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 250,000.00 |
| ACCOUNT NO.<br>**Emma Dean Wilson Via**<br>**29 Goose Meadow Ct.**<br>**Fishersville, VA  22939** | X | | **Guaranteed business debt of First Colony Healthcare II, LLC** | X | X | | 190,000.00 |
| ACCOUNT NO.<br>**Fifth Third Bank**<br>**6310 Fairview Rd.**<br>**Charlotte, NC  28210** | X | | **Guaranteed business debt of Broadleaf - FCLD, LLC** | X | X | | 3,750,000.00 |
| ACCOUNT NO.<br>**Fifth Third Bank**<br>**6310 Fairview Rd.**<br>**Charlotte, NC  28210** | X | | **Guaranteed business debt of Nixon Road** | X | X | | 898,343.72 |
| ACCOUNT NO.<br>**Fifth Third Bank**<br>**230 Public Square**<br>**MD U37051**<br>**Franklin, TN  37064** | X | | **Guaranteed business debt of FCHC - Iredell, LLC** | X | X | | 5,391,982.00 |
| ACCOUNT NO.<br>**Fifth Third Bank**<br>**230 Public Square**<br>**MD U37051**<br>**Franklin, TN  37064** | X | | **Guaranteed business debt of FCHC - Bedford, LLC** | X | X | | 4,374,211.47 |
| ACCOUNT NO.<br>**Fifth Third Bank**<br>**6310 Fairview Rd.**<br>**Charlotte, NC  28210** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 160,091.00 |

Sheet no. _____**2**____ of ____**6**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                      $  **15,014,628.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE McCrory, Cynthia B     Case No. **09-32341**

Debtor(s)            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Tennessee Bank, N.A.**<br>**12150 Monument Dr., #500**<br>**Fairfax, VA  22033** | X | | **Guaranteed business debt of FCHC Greenway Commons Land, LLC** | X | X | | 1,142,790.90 |
| ACCOUNT NO.<br>**First Tennessee Bank, N.A.**<br>**12150 Monument Dr., #500**<br>**Fairfax, VA  22033** | X | | **Guaranteed business debt of FCHC Greenway Commons, LLC** | X | X | | 4,930,133.00 |
| ACCOUNT NO.<br>**First Trust Bank**<br>**1420 E. 3rd St.**<br>**Charlotte, NC  28204** | X | | **Guaranteed business debt of First Colony Healthcare, LLC** | X | X | | 250,000.00 |
| ACCOUNT NO.<br>**First Trust Bank**<br>**1420 E. 3rd St.**<br>**Charlotte, NC  28204** | X | | **Guaranteed business debt of Colony Development Partners, LLC** | X | X | | 1,035,000.00 |
| ACCOUNT NO.<br>**George A. McElveen, III**<br>**P.O. Box 6127**<br>**Charlotte, NC  28207** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 200,000.00 |
| ACCOUNT NO.<br>**George Maloomian**<br>**1043 E. Morehead St., #202**<br>**Charlotte, NC  28204** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 345,000.00 |
| ACCOUNT NO.<br>**George Sella**<br>**P.O. Box 397**<br>**Newton, NJ  07860** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | 250,000.00 |

Sheet no. _____**3**_ of _____**6**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,152,923.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE McCrory, Cynthia B
_____
Debtor(s)

Case No. 09-32341
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Heidi Wilson C/O Rick Rayburn 227 W. Trade St., Ste. 1200 Charlotte, NC 28202** | | | **Notice purposes only.** | | | X | **0.00** |
| ACCOUNT NO. **Heidi Wilson 2634 Flintgrove Dr. Charlotte, NC 28226** | X | | **Guaranteed business debt of First Colony Corporation** | | | X | **430,000.00** |
| ACCOUNT NO. **Herb Spaugh 6101 Carnegie Blvd., #400 Charlotte, NC 28209** | X | | **Guaranteed business debt of First Colony Healthcare II, LLC** | X | X | | **100,000.00** |
| ACCOUNT NO. **John And Margaret Hazelhurst 11 Deerfield Rd. Asheville, NC 28803** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | **50,000.00** |
| ACCOUNT NO. **John Hazelhurst 11 Deerfield Rd. Asheville, NC 28803** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | **100,000.00** |
| ACCOUNT NO. **Key Bank 1200 Abernathy Rd., NE #1550 Atlanta, GA 30328** | X | | **Guaranteed business debt of Colony @ Williams Pond, LLC** | X | X | | **2,046,133.59** |
| ACCOUNT NO. **Lyndell D. Thompson 5817 Lebanon Rd. Charlotte, NC 28227** | X | | **Guaranteed business debt of First Colony Healthcare II, LLC** | X | X | | **100,000.00** |

Sheet no. ____4____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,826,133.59**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE McCrory, Cynthia B
_____
          Debtor(s)

Case No. 09-32341
             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Meredith D. Stoever** <br> **605 Hermitage Ct.** <br> **Charlotte, NC 28207** | X | | **Guaranteed business debt of First Colony Land Development** | X | X | | **100,000.00** |
| ACCOUNT NO. <br> **Meredith D. Stoever** <br> **605 Hermitage Ct.** <br> **Charlotte, NC 28207** | X | | **Guaranteed business debt of First Colony Land Development** | X | X | | **100,000.00** |
| ACCOUNT NO. <br> **Meredith D. Stoever** <br> **605 Hermitage Ct.** <br> **Charlotte, NC 28207** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | **40,000.00** |
| ACCOUNT NO. <br> **New Dominion Bank** <br> **1051 E. Morehead St., #200** <br> **Charlotte, NC 28204** | X | | **Guaranteed business debt of Bethesda Oaks - FCLD, LLC** | X | X | | **2,655,041.00** |
| ACCOUNT NO. <br> **Paragon Commerical Bank** <br> **4725 Piedmont Row, #200** <br> **Charlotte, NC 28210** | X | | **Guaranteed business debt of Rosegate - FCLD, LLC** | X | X | | **3,099,814.02** |
| ACCOUNT NO. <br> **Regions Bank** <br> **Vinings Smyrna** <br> **1650 Cumberland Pkwy., SE** <br> **Smyrna, GA 30080** | X | | **Guaranteed business debt of First Colony Resorts (Pender County)** | X | X | | **12,233,319.00** |
| ACCOUNT NO. <br> **Robert Banks Via** <br> **29 Goose Meadow Ct.** <br> **Fishersville, VA 22939** | X | | **Guaranteed business debt of First Colony Healthcare II, LLC** | X | X | | **190,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. _____**5**_____ of _____**6**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,418,174.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McCrory, Cynthia B**  _____  Case No. **09-32341**
                  Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Russell Skaling**<br>**5100 Charmapeg Ave.**<br>**Charlotte, NC  28211** | X | | **Guaranteed business debt of First Colony Healthcare II, LLC** | X | X | | **175,000.00** |
| ACCOUNT NO.<br>**Sona Bank**<br>**230 Court Square, #102**<br>**Charlottesville, VA  22902** | X | | **Guaranteed business debt of Vineyard Estates - A & D #1** | X | X | | **7,843,794.23** |
| ACCOUNT NO.<br>**Sona Bank**<br>**230 Court Square, #102**<br>**Charlottesville, VA  22902** | X | | **Guaranteed business debt of Vineyard Estates - Lot #5 - Const. Loan** | X | X | | **3,600,000.00** |
| ACCOUNT NO.<br>**SunTrust Bank**<br>**101 S. Kings Dr.**<br>**Charlotte, NC  28204** | X | | **Guaranteed business debt of 7825 Ballentyne Cmns. Pky., LLC** | X | X | | **2,983,365.54** |
| ACCOUNT NO.<br>**Timothy And Phyllis Reid**<br>**641 Hwy. 274**<br>**Lake Wylie, NC  29710** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | **500,000.00** |
| ACCOUNT NO.<br>**Timothy And Phyllis Reid**<br>**641 Hwy. 274**<br>**Lake Wylie, NC  29710** | X | | **Guaranteed business debt of First Colony Corporation** | X | X | | **200,000.00** |
| ACCOUNT NO.<br>**Trilogy Capital Partners, LLC**<br>**101 N. Tryon St., #1900**<br>**Charlotte, NC  28246** | X | | **Guaranteed business debt of First Colony Land Development** | X | X | | **600,000.00** |

Sheet no. __**6**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **15,902,159.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ **72,281,938.42**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **McCrory, Cynthia B**
_____
Debtor(s)                                          Case No. **09-32341**
                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE McCrory, Cynthia B                                        Case No. 09-32341
_____                        _____
                Debtor(s)                                          (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **7825 Ballantyne Cmns. Pky., LLC** | **SunTrust Bank**<br>**101 S. Kings Dr.**<br>**Charlotte, NC  28204** |
| **Bethesda Oaks - FCLD, LLC** | **New Dominion Bank**<br>**1051 E. Morehead St., #200**<br>**Charlotte, NC  28204** |
| **Broadleaf - FCLD, LLC** | **Fifth Third Bank**<br>**6310 Fairview Rd.**<br>**Charlotte, NC  28210** |
| **Colony @ Williams Pond, LLC** | **Key Bank**<br>**1200 Abernathy Rd., NE #1550**<br>**Atlanta, GA  30328** |
| **Colony Development Partners, LLC** | **First Trust Bank**<br>**1420 E. 3rd St.**<br>**Charlotte, NC  28204** |
| **FCHC - Bedford, LLC** | **Fifth Third Bank**<br>**230 Public Square**<br>**MD U37051**<br>**Franklin, TN  37064** |
| **FCHC - Iredell, LLC** | **Fifth Third Bank**<br>**230 Public Square**<br>**MD U37051**<br>**Franklin, TN  37064** |
| **FCHC - Legends** | **American Bank**<br>**200 W. Hwy. 6**<br>**Waco, TX  76710** |
| **FCHC Greenway Commons Land, LLC** | **First Tennessee Bank, N.A.**<br>**12150 Monument Dr., #500**<br>**Fairfax, VA  22033** |
| **FCHC Greenway Commons, LLC** | **First Tennessee Bank, N.A.**<br>**12150 Monument Dr., #500**<br>**Fairfax, VA  22033** |
| **First Colony Corporation** | **Fifth Third Bank**<br>**6310 Fairview Rd.**<br>**Charlotte, NC  28210** |
| | **Barry Leshin**<br>**3107 Brassfield Rd.**<br>**Hamilton Building, #300**<br>**Greensboro, NC  27410** |
| | **Carlos H. Ulloa And Laurice V. Ulloa**<br>**4705 Savings Pl., #450**<br>**Charlotte, NC  28210** |
| | **George A. McElveen, III**<br>**P.O. Box 6127**<br>**Charlotte, NC  28207** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **McCrory, Cynthia B**                                    Case No. **09-32341**
_____            _____
Debtor(s)                                                          (If known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **First Colony Healthcare II, LLC** | **John Hazelhurst**<br>11 Deerfield Rd.<br>Asheville, NC  28803<br><br>**John And Margaret Hazelhurst**<br>11 Deerfield Rd.<br>Asheville, NC  28803<br><br>**Timothy And Phyllis Reid**<br>641 Hwy. 274<br>Lake Wylie, NC  29710<br><br>**Meredith D. Stoever**<br>605 Hermitage Ct.<br>Charlotte, NC  28207<br><br>**George Maloomian**<br>1043 E. Morehead St., #202<br>Charlotte, NC  28204<br><br>**Douglas Dinella**<br>4125 N. Greenview Ave.<br>Chicago, IL  60613<br><br>**Broyhill-Harrington, LLC**<br>P.O. Box 500<br>Lenoir, NC  28645<br><br>**George Sella**<br>P.O. Box 397<br>Newton, NJ  07860<br><br>**Timothy And Phyllis Reid**<br>641 Hwy. 274<br>Lake Wylie, NC  29710<br><br>**Ed Via**<br>11780 Bondurant Dr.<br>Richmond, VA  23236<br><br>**Heidi Wilson**<br>2634 Flintgrove Dr.<br>Charlotte, NC  28226<br><br>**Emma Dean Wilson Via**<br>29 Goose Meadow Ct.<br>Fishersville, VA  22939<br><br>**Lyndell D. Thompson**<br>5817 Lebanon Rd.<br>Charlotte, NC  28227<br><br>**Robert Banks Via**<br>29 Goose Meadow Ct.<br>Fishersville, VA  22939<br><br>**Herb Spaugh**<br>6101 Carnegie Blvd., #400<br>Charlotte, NC  28209 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **McCrory, Cynthia B**                                                     Case No. **09-32341**
      Debtor(s)                                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Brenda Wellmon**<br>P.O. Box 7900035<br>Charlotte, NC  28206 |
| | **Chris Jewel**<br>634 Hampshire Hill Rd.<br>Matthews, NC  28105 |
| | **David And Trina Ridenhour**<br>13913 Dovehunt Pl.<br>Charlotte, NC  28277 |
| | **Russell Skaling**<br>5100 Charmapeg Ave.<br>Charlotte, NC  28211 |
| **First Colony Healthcare, LLC** | **First Trust Bank**<br>1420 E. 3rd St.<br>Charlotte, NC  28204 |
| **First Colony Land Development** | **Meredith D. Stoever**<br>605 Hermitage Ct.<br>Charlotte, NC  28207 |
| | **Meredith D. Stoever**<br>605 Hermitage Ct.<br>Charlotte, NC  28207 |
| | **Trilogy Capital Partners, LLC**<br>101 N. Tryon St., #1900<br>Charlotte, NC  28246 |
| **First Colony Resorts (Pender County)** | **Regions Bank**<br>Vinings Smyma<br>1650 Cumberland Pkwy., SE<br>Smyma, GA  30080 |
| **Nixon Road** | **Fifth Third Bank**<br>6310 Fairview Rd.<br>Charlotte, NC  28210 |
| **Rosegate - FCLD, LLC** | **Paragon Commerical Bank**<br>4725 Piedmont Row, #200<br>Charlotte, NC  28210 |
| **Thomas McCrory**<br>8523 Viking Dr.<br>Waxhaw, NC  28173 | **Wells Fargo**<br>PO Box 10335<br>Des Moines, IA  50306 |
| | **Fifth Third Bank**<br>P.O. Box 740778<br>Cincinnati, OH  45274-0778 |
| **Vineyard Estates - A & D #1** | **Sona Bank**<br>230 Court Square, #102<br>Charlottesville, VA  22902 |
| **Vineyard Estates - Lot #5 - Const. Loan** | **Sona Bank**<br>230 Court Square, #102<br>Charlottesville, VA  22902 |
| **Waterford Sound - FCLD, LLC** | **Carolina First Bank**<br>104 S. Main St.<br>Greenville, SC  29601 |

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>McCrory, Cynthia B</u>                                          Case No. <u>09-32341</u>

Debtor(s)                                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of North Carolina**

**IN RE:**                                                    Case No. **09-32341**

McCrory, Cynthia B                                   Chapter **11**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **September  2, 2009**          Signature: _/s/ Cynthia B McCrory_
                                            **Cynthia B McCrory**
                                                                        Debtor


Date: _____          Signature: _____
                                                                        Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

American Bank
200 W. Hwy. 6
Waco, TX  76710


Barry Leshin
3107 Brassfield Rd.
Hamilton Building, #300
Greensboro, NC  27410


BB&T Visa
P.O. Box 698
Wilson, NC  27894-0698


Brenda Wellmon
P.O. Box 7900035
Charlotte, NC  28206


Broyhill-Harrington, LLC
P.O. Box 500
Lenoir, NC  28645


C. Michael Wilson, Esq.
Barrister Place, Ste. 110
216 N. McDowell St.
Charlotte, NC  28204


Carlos H. Ulloa And Laurice V. Ulloa
4705 Savings Pl., #450
Charlotte, NC  28210


Carolina First Bank
104 S. Main St.
Greenville, SC  29601

Chase - Visa
P.O. Box 15153
Wilmington, DE  19886-5153


Chris Jewel
634 Hampshire Hill Rd.
Matthews, NC  28105


David And Trina Ridenhour
13913 Dovehunt Pl.
Charlotte, NC  28277


Douglas Dinella
4125 N. Greenview Ave.
Chicago, IL  60613


Ed Via
11780 Bondurant Dr.
Richmond, VA  23236


Emma Dean Wilson Via
29 Goose Meadow Ct.
Fishersville, VA  22939


Fifth Third Bank
P.O. Box 740778
Cincinnati, OH  45274-0778


Fifth Third Bank
6310 Fairview Rd.
Charlotte, NC  28210


Fifth Third Bank
230 Public Square
MD U37051
Franklin, TN  37064

First Tennessee Bank, N.A.
12150 Monument Dr., #500
Fairfax, VA  22033


First Trust Bank
1420 E. 3rd St.
Charlotte, NC  28204


George A. McElveen, III
P.O. Box 6127
Charlotte, NC  28207


George Maloomian
1043 E. Morehead St., #202
Charlotte, NC  28204


George Sella
P.O. Box 397
Newton, NJ  07860


Heidi Wilson
C/O Rick Rayburn
227 W. Trade St., Ste. 1200
Charlotte, NC  28202


Heidi Wilson
2634 Flintgrove Dr.
Charlotte, NC  28226


Henry N. Pharr, III, Esq.
2600 One Wachovia Center
301 S. College St.
Charlotte, NC  28202

Herb Spaugh
6101 Carnegie Blvd., #400
Charlotte, NC  28209


Internal Revenue Service
320 Federal Place, Room 209
Greensboro, NC  27401


Irene P. King
James, McElroy & Diehl
600 S. College St.
Charlotte, NC  28202


Jameson P. Wells
Wells Daisley Rabon, P.A.
1616 Cleveland Ave.
Charlotte, NC  28203


John And Margaret Hazelhurst
11 Deerfield Rd.
Asheville, NC  28803


John Hazelhurst
11 Deerfield Rd.
Asheville, NC  28803


Key Bank
1200 Abernathy Rd., NE #1550
Atlanta, GA  30328


Lloyd F. Baucom
Baucom, Claytor, Benton, Morgan & Wood
P.O. Box 35246
Charlotte, NC  28235

Lyndell D. Thompson
5817 Lebanon Rd.
Charlotte, NC  28227


M. Heath Gilbert, Jr.
Baucom, Claytor, Benton, Morgan & Wood
P.O. Box 35246
Charlotte, NC  28235


Meredith D. Stoever
605 Hermitage Ct.
Charlotte, NC  28207


Mini Financial Services
P.O. Box 3608
Dublin, OH  43016-0306


NC Department Of Revenue
PO Box 25000
Raleigh, NC  27640-5000


New Dominion Bank
1051 E. Morehead St., #200
Charlotte, NC  28204


Paragon Commerical Bank
4725 Piedmont Row, #200
Charlotte, NC  28210


Regions Bank
Vinings Smyma
1650 Cumberland Pkwy., SE
Smyma, GA  30080

Richard B. Fennell
James, McElroy & Diehl
600 S. College St.
Charlotte, NC  28202


Robert Banks Via
29 Goose Meadow Ct.
Fishersville, VA  22939


Russell Skaling
5100 Charmapeg Ave.
Charlotte, NC  28211


Sona Bank
230 Court Square, #102
Charlottesville, VA  22902


Stephen D. Allred
Mcguire Woods
100 N. Tryon St., Ste. 2900
Charlotte, NC  28202


SunTrust Bank
101 S. Kings Dr.
Charlotte, NC  28204


Thomas McCrory
8523 Viking Dr.
Waxhaw, NC  28173


Timothy And Phyllis Reid
641 Hwy. 274
Lake Wylie, NC  29710

Tracy T. Vann
Hamilton Martens Ballou & Sipe, LLC
P.O. Box 10940
Rock Hill, SC  29730


Trilogy Capital Partners, LLC
101 N. Tryon St., #1900
Charlotte, NC  28246


Union County Tax Collector
500 N. Main St., Ste. 843
Monroe, NC  28112


Wachovia Dealer Services
P.O. Box 25341
Santa Ana, CA  92799


Wells Fargo
PO Box 10335
Des Moines, IA  50306

**United States Bankruptcy Court**
**Western District of North Carolina**

IN RE:                                                                    Case No. **09-32341**

**McCrory, Cynthia B**                                                    Chapter **11**
                            Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    **350.00/hr**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    **10,105.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify)

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr>
<td><b>September  2, 2009</b><br>Date</td>
<td><i>/s/ R. Keith Johnson</i><br><b>R. Keith Johnson 8840</b><br><b>R. Keith Johnson, P.A.</b><br><b>1275 Hwy. 16 South</b><br><b>Stanley, NC  28164</b></td>
</tr>
</table>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only