## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| CYNTHIA B. MCCRORY | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-32341 |
| Debtor. | ) | |
| _____ | ) | |

## RESERVATION OF RIGHTS
## REGARDING PROJECTED DISPOSABLE INCOME

      The above-named Debtor, through undersigned counsel, hereby reserves all rights to assert, if necessary, that "disposable income" for the purposes of this proceeding means "projected disposable income" as set forth in 11 U.S.C. §1129(a)15(B), and is not related to pre-petition income of the Debtor.

      This 16th day of September, 2009.

                        /s/ R. Keith Johnson
                        R. Keith Johnson
                        Attorney for Debtor
                        NC State Bar No. 8840
                        1275 Highway 16 South
                        Stanley, North Carolina 28164
                        (704) 827-4200