*United States Bankruptcy Administrator*
*For the Western District of North Carolina*
*402 West Trade Street, Suite 200*
*Charlotte, North Carolina 28202-1669*

*Linda W. Simpson*
*Bankruptcy Administrator*

*Telephone (704) 350-7587*
*Facsimile (704) 344-6666*

September 29, 2009

United States Bankruptcy Court
Western District of North Carolina
Charlotte Division
PO Box 34189
Charlotte, NC 28234-4189

    Re:    Creditors' Committee
           Case Name:    Cynthia B McCrory
           Case No.:     09-32341

Dear Sir/Madam:

    Enclosed please find the responses received by this office to the Notice to Creditors Holding Twenty Largest Unsecured Claims. Based on these responses, I have prepared a proposed Order Appointing Creditors' Committee. Along with the other parties required to be served, please serve the entered order on all committee members.

    Thank you for your time and attention to this matter.

                                        Very truly yours,

                                        Linda W. Simpson/ggc

                                        Linda W. Simpson
                                        Bankruptcy Administrator

ses

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.:    09-32341 |
| | ) | Chapter 11 |
| CYNTHIA B. MCCRORY | ) | |
| | ) | |
| SS #: xxx-xx-4484 | ) | |
| | ) | |
| Debtor(s) | ) | |

### NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

☑ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

☐ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: _Broyhill - Harrington, LLC_

Name of Representative: _M. Hunt Broyhill_

Address of Representative: _P.O. Box 500_

_Lenoir, NC 28645_

Amount of Claim: $ _717,871.21    as of 8/31/09_

Type of Claim: _Unsecured - (collateral assignment agreements - w/ First Colony corporation & E. Allen Broyhill Jr._

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: _None_

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Telephone No. of Representative: _828 - 758-6100 Ext. 113_

Dated: _9/15/09_

_Boyd C. Wilson Jr. EUP_
Signature    _Broyhill Investment, Inc._

**Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666.**

0 SEP 17'09 AM 11:23 RCV

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.:    09-32341 |
| | ) | Chapter 11 |
| CYNTHIA B. MCCRORY | ) | |
| | ) | |
| SS #: xxx-xx-4484 | ) | |
| | ) | |
| Debtor(s) | ) | |

### NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

☑ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

☐ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: _Douglas Dinnella_

Name of Representative: _Jameson P. Wells, Attorney_

Address of Representative: _1616 Cleveland Ave._
_Charlotte, NC. 28203_

Amount of Claim: $ _500,000_

Type of Claim: _NOTE_

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: _CREDITOR_

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Telephone No. of Representative: _704 375 1810_

Dated: _Sept 10, 2009_

_____
Signature

Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666.

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**RECEIVED**
U.S. Bankruptcy Court
Western District of NC

IN RE:                       )    Case No.:   09-32341

                          )    Chapter 11

SEP 1 4 2009

CYNTHIA B. MCCRORY       )

David E. Welch, Clerk
Charlotte Division
NML

SS #: xxx-xx-4484            )

                        )

          Debtor(s)     )

### NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO
### CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

✓      Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

☐      Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: *TRILOGY CAPITAL PARTNERS LLC*

Name of Representative: *ROBERT S. LILIEN*

Address of Representative: *101 N. TRYON ST. SUITE 1900*
*CHARLOTTE, NC 28246*

Amount of Claim: $ ~~UNSECURED~~ *9,816,550 TO 9/1/09*

Type of Claim: *UNSECURED = 7,185,300      SECURED = 2,631,250*

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: *NO RELATION*

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Telephone No. of Representative: *704 377-8378*

Dated: *9·14·09*

                          Signature

Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666.

*WE WOULD ALSO LIKE TO SERVE ON THE ALLEN BROWN CREDITOR COMM. SAME CLAIMS AGAINST ALLEN BROWN.*

Office of Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC 28202-1669

**Broyhill Investments, Inc.**
Post Office Box 500
Lenoir, North Carolina 28645